OPINION # O-7505 WAS NEVER ISSUED OR

WAS WITHDRAWN.